60, 852-08

From: Charles Burton
    Allred Unit #1143771
    2101 FM 369 North
    Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 18 2015
Abel Acosta, Clerk

May 13, 2015

To: Clerk,
    Court of Criminal Appeals of Texas

Dear Clerk:

The 3rd Court of Appeals at Austin Texas wrongly Affirmed my conviction. The jury convicted me for a 3rd Degree Felony Evading Arrest, which is reflected in the Judgment and Sentence. The Court of Appeals affirmed a state jail felony conviction without subject-matter jurisdiction over the state jail felony offense because judgment in this case is for a 3rd Degree Felony — not a state jail felony. I cannot stop writing your office until someone looks into my wrongly affirmed conviction. I am seeking justice in this case.

Respectfully,

Charles Burton — wrongfully convicted & imprisoned.